**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael J. Soyster<br>Nicole S. Soyster<br>    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 26-70009 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Residential Credit Opportunities Trust IX-C and index same on the master mailing list.

                    Respectfully submitted,

                    /s/ *Matthew Fissel*
                    Matthew Fissel
                    16 Jan 2026, 12:55:19, EST

Denise Carlon, Esq. (317226)    ☐
Matthew Fissel, Esq. (314567)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com