# United States Bankruptcy Court
### Western District of Pennsylvania

In re: Michael J. Soyster, Nicole S. Soyster, Debtor(s)

Case No. 26-70009
Chapter 7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Michael J. Soyster**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Nicole S. Soyster**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date: February 11, 2026    Signature: /s/ Michael J. Soyster
Michael J. Soyster
Debtor

Date: February 11, 2026    Signature: /s/ Nicole S. Soyster
Nicole S. Soyster
Joint Debtor

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/14/2025 |
| Period End Date | 12/27/2025 |
| Pay Date | 01/02/2026 |
| Document | 235590082 |

NPC Inc.
13710 Dunnings Highway
Claysburg, PA 16625
814-239-8787

**Net Pay** $1,886.40

## Pay Details

**MICHAEL JOHN SOYSTER**
362 CHANDELLE DRIVE
MARTINSBURG,, PA 16662
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 0017476 | Pay Group | NPC, Inc. |
| SSN | XXX-XX-XXXX | Location | NPC Headquarters |
| Job | Production Supervisor | Department | OPERLS - Ops Leadership |
| Pay Rate | $31.9549 | | |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Cell Reimburse | | $23.08 | $23.08 |
| Salary Pay | 54.000000 | $1,725.56 | $1,725.56 |
| SalHoliday | 16.000000 | $511.28 | $511.28 |
| SalVacation | 10.000000 | $319.55 | $319.55 |

Total Hours Worked  0.000000    Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Catch up | Yes | $127.82 | $127.82 | $0.00 | $0.00 |
| Dental | Yes | $11.83 | $11.83 | $25.15 | $25.15 |
| HSA Catchup Fam | Yes | $50.00 | $50.00 | $0.00 | $0.00 |
| Silver Medical | Yes | $133.67 | $133.67 | $756.51 | $756.51 |
| Vision | Yes | $1.69 | $1.69 | $4.57 | $4.57 |
| 401k ER Match | Yes | $0.00 | $0.00 | $76.69 | $76.69 |
| EAP | No | $0.00 | $0.00 | $0.23 | $0.23 |
| Grp Life/AD&D | No | $0.00 | $0.00 | $3.46 | $3.46 |
| LTD | No | $0.00 | $0.00 | $6.90 | $6.90 |
| STD Salary | No | $0.00 | $0.00 | $16.28 | $16.28 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $87.77 | $87.77 |
| Employee Medicare | $34.21 | $34.21 |
| Social Security Employee Tax | $146.27 | $146.27 |
| PA State Income Tax | $72.43 | $72.43 |
| GREENFIELD | $23.59 | $23.59 |

| Tax | Current | YTD |
|---|---|---|
| GREENFIELD TWP LST | $1.81 | $1.81 |
| CLAYSBURG-KIMMEL SD-GREENFLD T | $0.19 | $0.19 |
| PA Unemployment Employee | $1.79 | $1.79 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 8.0000 | 8.0000 |
| Vacation | 0.0000 | 70.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx9446 | Checking | $1,886.40 |
| Total | | $1,886.40 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,579.47 | $2,231.38 | $368.06 | $325.01 | $1,886.40 |
| YTD | $2,579.47 | $2,231.38 | $368.06 | $325.01 | $1,886.40 |

**Pay Statement**

NPC Inc.
13710 Dunnings Highway
Claysburg, PA 16625
814-239-8787

| | |
|---|---|
| Period Start Date | 11/30/2025 |
| Period End Date | 12/13/2025 |
| Pay Date | 12/19/2025 |
| Document | 232914092 |

**Net Pay** $1,881.03

## Pay Details

**MICHAEL JOHN SOYSTER**
362 CHANDELLE DRIVE
MARTINSBURG,, PA 16662
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 0017476 | Pay Group | NPC, Inc. | |
| SSN | XXX-XX-XXXX | Location | NPC Headquarters | |
| Job | Production Supervisor | Department | OPERLS - Ops Leadership | |
| Pay Rate | $31.9549 | | | |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| BONUS Active | 0.000000 | $0.00 | $3,845.89 |
| Cell Reimburse | | $23.08 | $600.08 |
| N Tax Mileage | 0.000000 | $0.00 | $21.00 |
| SAL Pers Pd | 0.000000 | $0.00 | $250.38 |
| Salary Pay | 80.000000 | $2,556.39 | $58,760.14 |
| SalHoliday | 0.000000 | $0.00 | $2,290.24 |
| SalVacation | 0.000000 | $0.00 | $5,112.80 |

Total Hours Worked 0.000000    Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Catch up | Yes | $127.82 | $3,462.90 | $0.00 | $0.00 |
| Dental | Yes | $11.83 | $266.92 | $25.15 | $567.40 |
| HSA Catchup Fam | Yes | $50.00 | $1,025.00 | $0.00 | $0.00 |
| Silver Medical | Yes | $133.67 | $3,030.18 | $756.51 | $17,149.54 |
| Vision | Yes | $1.69 | $40.56 | $4.57 | $109.68 |
| 401k ER Match | Yes | $0.00 | $0.00 | $76.69 | $2,082.69 |
| EAP | No | $0.00 | $0.00 | $0.23 | $5.98 |
| Grp Life/AD&D | No | $0.00 | $0.00 | $3.46 | $89.96 |
| LTD | No | $0.00 | $0.00 | $6.90 | $75.90 |
| STD Salary | No | $0.00 | $0.00 | $16.28 | $179.08 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $93.21 | $2,900.29 |
| Employee Medicare | $34.20 | $955.50 |

| Tax | Current | YTD |
|---|---|---|
| Social Security Employee Tax | $146.27 | $4,085.60 |
| PA State Income Tax | $72.43 | $2,023.04 |
| GREENFIELD | $23.59 | $658.96 |
| GREENFIELD TWP LST | $1.75 | $47.00 |
| CLAYSBURG-KIMMEL SD-GREENFLD T | $0.19 | $4.94 |
| PA Unemployment Employee | $1.79 | $49.19 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 8.0000 | 8.0000 |
| Vacation | 0.0000 | 80.0000 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx9446 | Checking | $1,881.03 |
| Total | | $1,881.03 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,579.47 | $2,231.38 | $373.43 | $325.01 | $1,881.03 |
| YTD | $70,880.53 | $62,433.89 | $10,724.52 | $7,825.56 | $52,330.45 |

NPC Inc.
13710 Dunnings Highway
Claysburg, PA 16625
814-239-8787

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/16/2025 |
| Period End Date | 11/29/2025 |
| Pay Date | 12/05/2025 |
| Document | 227717775 |

**Net Pay** **$1,880.96**

## Pay Details

MICHAEL JOHN SOYSTER
362 CHANDELLE DRIVE
MARTINSBURG,, PA 16662
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 0017476 | Pay Group | NPC, Inc. |
| SSN | XXX-XX-XXXX | Location | NPC Headquarters |
| Job | Production Supervisor | Department | OPERLS - Ops Leadership |
| Pay Rate | $31.9549 | | |
| Pay Frequency | Biweekly | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Cell Reimburse | | $23.08 | $577.00 |
| N Tax Mileage | 0.000000 | $0.00 | $21.00 |
| SAL Pers Pd | 0.000000 | $0.00 | $250.38 |
| Salary Pay | 54.000000 | $1,725.56 | $56,203.75 |
| SalHoliday | 16.000000 | $511.28 | $2,290.24 |
| SalVacation | 10.000000 | $319.55 | $5,112.80 |

Total Hours Worked  0.000000    Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Catch up | Yes | $127.82 | $3,142.79 | $0.00 | $0.00 |
| Dental | Yes | $11.83 | $255.09 | $25.15 | $542.25 |
| HSA Catchup Fam | Yes | $50.00 | $975.00 | $0.00 | $0.00 |
| Silver Medical | Yes | $133.67 | $2,896.51 | $756.51 | $16,393.03 |
| Vision | Yes | $1.69 | $38.87 | $4.57 | $105.11 |
| 401k ER Match | Yes | $0.00 | $0.00 | $76.69 | $1,890.63 |
| EAP | No | $0.00 | $0.00 | $0.23 | $5.75 |
| Grp Life/AD&D | No | $0.00 | $0.00 | $3.46 | $86.50 |
| LTD | No | $0.00 | $0.00 | $6.90 | $69.00 |
| STD Salary | No | $0.00 | $0.00 | $16.28 | $162.80 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $93.21 | $2,421.98 |
| Employee Medicare | $34.21 | $865.53 |
| Social Security Employee Tax | $146.27 | $3,700.89 |

| Tax | Current | YTD |
|---|---|---|
| PA State Income Tax | $72.43 | $1,832.54 |
| GREENFIELD | $23.59 | $596.91 |
| GREENFIELD TWP LST | $1.81 | $45.25 |
| CLAYSBURG-KIMMEL SD-GREENFLD T | $0.19 | $4.75 |
| PA Unemployment Employee | $1.79 | $44.71 |

Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 80.0000 |

Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx9446 | Checking | $1,880.96 |
| Total | | $1,880.96 |

Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,579.47 | $2,231.38 | $373.50 | $325.01 | $1,880.96 |
| YTD | $64,455.17 | $56,548.91 | $9,512.56 | $7,308.26 | $47,634.35 |

**Pay Statement**

NPC Inc.
13710 Dunnings Highway
Claysburg, PA 16625
814-239-8787

| | |
|---|---|
| Period Start Date | 11/02/2025 |
| Period End Date | 11/15/2025 |
| Pay Date | 11/21/2025 |
| Document | 224826451 |

**Net Pay  $1,880.95**

## Pay Details

MICHAEL JOHN SOYSTER
362 CHANDELLE DRIVE
MARTINSBURG,, PA 16662
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 0017476 | Pay Group | NPC, Inc. | |
| SSN | XXX-XX-XXXX | Location | NPC Headquarters | |
| Job | Production Supervisor | Department | OPERLS - Ops Leadership | |
| Pay Rate | $31.9549 | | | |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Cell Reimburse | | $23.08 | $553.92 |
| N Tax Mileage | 0.000000 | $0.00 | $21.00 |
| SAL Pers Pd | 0.000000 | $0.00 | $250.38 |
| Salary Pay | 80.000000 | $2,556.39 | $54,478.19 |
| SalHoliday | 0.000000 | $0.00 | $1,778.96 |
| SalVacation | 0.000000 | $0.00 | $4,793.25 |

Total Hours Worked  0.000000     Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Catch up | Yes | $127.82 | $3,014.97 | $0.00 | $0.00 |
| Dental | Yes | $11.83 | $243.26 | $25.15 | $517.10 |
| HSA Catchup Fam | Yes | $50.00 | $925.00 | $0.00 | $0.00 |
| Silver Medical | Yes | $133.67 | $2,762.84 | $756.51 | $15,636.52 |
| Vision | Yes | $1.69 | $37.18 | $4.57 | $100.54 |
| 401k ER Match | Yes | $0.00 | $0.00 | $76.69 | $1,813.94 |
| EAP | No | $0.00 | $0.00 | $0.23 | $5.52 |
| Grp Life/AD&D | No | $0.00 | $0.00 | $3.46 | $83.04 |
| LTD | No | $0.00 | $0.00 | $6.90 | $62.10 |
| STD Salary | No | $0.00 | $0.00 | $16.28 | $146.52 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $93.21 | $2,328.77 |
| Employee Medicare | $34.21 | $831.32 |
| Social Security Employee Tax | $146.28 | $3,554.62 |

| Tax | Current | YTD |
|---|---|---|
| PA State Income Tax | $72.43 | $1,760.11 |
| GREENFIELD | $23.59 | $573.32 |
| GREENFIELD TWP LST | $1.81 | $43.44 |
| CLAYSBURG-KIMMEL SD-GREENFLD T | $0.19 | $4.56 |
| PA Unemployment Employee | $1.79 | $42.92 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 90.0000 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx9446 | Checking | $1,880.95 |
| Total | | $1,880.95 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,579.47 | $2,231.38 | $373.51 | $325.01 | $1,880.95 |
| YTD | $61,875.70 | $54,317.53 | $9,139.06 | $6,983.25 | $45,753.39 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/12/2025 |
| Period End Date | 12/12/2025 |
| Pay Date | 12/12/2025 |
| Document | 230327736 |

NPC Inc.
13710 Dunnings Highway
Claysburg, PA 16625
814-239-8787

**Net Pay** $2,815.07

## Pay Details

MICHAEL JOHN SOYSTER
362 CHANDELLE DRIVE
MARTINSBURG,, PA 16662
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 0017476 | Pay Group | NPC, Inc. | |
| SSN | XXX-XX-XXXX | Location | NPC Headquarters | |
| Job | Production Supervisor | Department | OPERLS - Ops Leadership | |
| Pay Rate | $31.9549 | | | |
| Pay Frequency | Biweekly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| BONUS Active | | $3,845.89 | $3,845.89 |
| Cell Reimburse | 0.000000 | $0.00 | $577.00 |
| N Tax Mileage | 0.000000 | $0.00 | $21.00 |
| SAL Pers Pd | 0.000000 | $0.00 | $250.38 |
| Salary Pay | 0.000000 | $0.00 | $56,203.75 |
| SalHoliday | 0.000000 | $0.00 | $2,290.24 |
| SalVacation | 0.000000 | $0.00 | $5,112.80 |

Total Hours Worked  0.000000    Total Hours  0.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Catch up | Yes | $192.29 | $3,335.08 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $255.09 | $0.00 | $542.25 |
| HSA Catchup Fam | Yes | $0.00 | $975.00 | $0.00 | $0.00 |
| Silver Medical | Yes | $0.00 | $2,896.51 | $0.00 | $16,393.03 |
| Vision | Yes | $0.00 | $38.87 | $0.00 | $105.11 |
| 401k ER Match | Yes | $0.00 | $0.00 | $115.37 | $2,006.00 |
| EAP | No | $0.00 | $0.00 | $0.00 | $5.75 |
| Grp Life/AD&D | No | $0.00 | $0.00 | $0.00 | $86.50 |
| LTD | No | $0.00 | $0.00 | $0.00 | $69.00 |
| STD Salary | No | $0.00 | $0.00 | $0.00 | $162.80 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $385.10 | $2,807.08 |
| Employee Medicare | $55.77 | $921.30 |

| Tax | Current | YTD |
|---|---|---|
| Social Security Employee Tax | $238.44 | $3,939.33 |
| PA State Income Tax | $118.07 | $1,950.61 |
| GREENFIELD | $38.46 | $635.37 |
| GREENFIELD TWP LST | $0.00 | $45.25 |
| CLAYSBURG-KIMMEL SD-GREENFLD T | $0.00 | $4.75 |
| PA Unemployment Employee | $2.69 | $47.40 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 0.0000 |
| Vacation | 0.0000 | 80.0000 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx9446 | Checking | $2,815.07 |
| Total | | $2,815.07 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,845.89 | $3,653.60 | $838.53 | $192.29 | $2,815.07 |
| YTD | $68,301.06 | $60,202.51 | $10,351.09 | $7,500.55 | $50,449.42 |