**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 26-70009-JAD |
| Michael J. Soyster | ) Chapter 7 |
| Nicole S. Soyster | ) Related Document No. |
| Debtors. | ) Document No. |

## REPORT PURSUANT TO RULE 1019

**AND NOW**, comes Debtor, by and through his undersigned counsel, and files the

following Report pursuant to Rule 1019.

1.      Michael J. Soyster, Nicole S. Soysteris the Debtor in the above captioned

proceedings, having filed a voluntary Petition for Relief under Chapter 13 of the

Bankruptcy Code.

2.      The Debtor's case was converted to Chapter 7.

3.      The Debtors did not incur any new debts between filing and conversion.

4.      The Debtors did not enter into any executory contracts during the pendency of their

Chapter 13 case.

**Respectfully Submitted,**

**Dated:** March 17, 2026

**/s/ Lawrence W Willis Esq**
**Lawrence W Willis Esq 85299**
**Willis & Associates**
**201 Penn Center**
**Suite 310**
**Pittsburgh, PA 15235**
**412-235-1721Fax:412-542-1704**
**lawrencew@urfreshstrt.com**