## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| MICHAEL J. SOYSTER | : |
| xxx-xx-1226 | :CHAPTER 7 |
| NICOLE S. SOYSTER | : |
| xxx-xx-5632 | :CASE NO. 26-70009/JAD |
| | : |
| Wilmington Savings Fund Society, FSB, as Owner : | |
| Trustee of the Residential Credit Opportunities | : |
| Trust IX-C | : |
| | : |
| Movant, | : |
| v. | : |
| | : |
| | : |
| MICHAEL AND NICOLE SOYSTER | : |
| | : Hearing Date:  June 16, 2026 at 11:00 a.m. |
| Debtors, | : |
| And | : |
| | : |
| LISA M. SWOPE | : |
| Trustee | : |
| | : |
| Respondents. | : |
| | : |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE REGARDING MOTION OF WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES
TRUST IX-C FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO
EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS
362 CHANDELLE DRIVE, MARTINSBURG, PENNSYLVANIA 16662**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than MAY 16, 2026 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written

response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on JUNE 16, 2026, at 11:00 a.m. before Judge Jeffrey A. Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:  April 29, 2026

ROMANO GARUBO & ARGENTIERI
Attorneys for Movant

By: /s/  Emmanuel J. Argentieri
      Emmanuel J. Argentieri, Esquire
      PA Attorney ID No. 59264

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515