**Form 144**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael J. Soyster**
**Nicole S. Soyster**
  Debtor(s)

Bankruptcy Case No.: 26–70009–JAD

Chapter: 7
Docket No.: 39

## NOTICE – REMINDER

Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above–captioned case will be closed without an Order of Discharge unless a *Certificate of Completion of Instructional Course Concerning Personal Financial Management* is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c)(4)(B).* The deadline is as follows:

*CHAPTER 7 CASES – – Fed.R.Bankr.P. 1007(c)(4)(B)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: May 28, 2026

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-70009-JAD

Michael J. Soyster                                                                        Chapter 7

Nicole S. Soyster

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: 144 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael J. Soyster, Nicole S. Soyster, 362 Chandelle Drive, Martinsburg, PA 16662-7649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                           Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel J. Argentieri | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-C bk@rgalegal.com |
| Lawrence Willis | on behalf of Debtor Michael J. Soyster ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Nicole S. Soyster ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |

District/off: 0315-7                          User: admin                                    Page 2 of 2

Date Rcvd: May 28, 2026                       Form ID: 144                                   Total Noticed: 1

Matthew Fissel
              on behalf of Creditor Residential Credit Opportunities Trust IX-C bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
              ustpregion03.pi.ecf@usdoj.gov


TOTAL: 6