## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

MICHAEL J. SOYSTER
xxx-xx-1226
NICOLE S. SOYSTER
xxx-xx-5632

:CHAPTER 7

:CASE NO. 26-70009-JAD

Wilmington Savings Fund Society, FSB, as Owner
Trustee of the Residential Credit Opportunities
Trust IX-C

          Movant,

v.

MICHAEL AND NICOLE SOYSTER

          Debtors,

And

LISA M. SWOPE

          Trustee

          Respondents.

Related to Doc. #36

**DEFAULT O/E JAD**

**ORDER GRANTING MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST IX-C FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS 362 CHANDELLE DRIVE, MARTINSBURG, PENNSYLVANIA 16662**

This cause came on for hearing this 16th day of June, 2026, in said District, upon the Motion of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-C's relief from the automatic stay.  Upon statements of counsel, the evidence and law:

This Court FINDS that  Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-C, Movant herein, is a creditor of the estate by virtue

of a certain recorded mortgage for the property commonly known as 362 CHANDELLE DRIVE, MARTINSBURG, PENNSYLVANIA 16662; that the Movant has not been adequately protected; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay of Bankruptcy Code section 362(a) is vacated under 11 U.S.C. Section 362(d)(1) and/or (2) to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the above-referenced property.

sjk

Honorable Jeffery A. Deller
United States Bankruptcy Judge
Western District of Pennsylvania

FILED
6/11/26 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2