# Notice Recipients

District/Off: 0315–7          User: auto          Date Created: 6/11/2026

Case: 26–70009–JAD          Form ID: pdf900          Total: 6

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com |
| aty | Emmanuel J. Argentieri | bk@rgalegal.com |
| aty | Lawrence Willis | ecf@westernpabankruptcy.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Michael J. Soyster | 362 Chandelle Drive | Martinsburg, PA 16662 |
| jdb | Nicole S. Soyster | 362 Chandelle Drive | Martinsburg, PA 16662 |

TOTAL: 2