Certificate Number: 05781-PAW-DE-041084432

Bankruptcy Case Number: 26-70009



05781-PAW-DE-041084432

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 11, 2026</u>, at <u>1:30</u> o'clock <u>PM PDT</u>, <u>Nicole Soyster</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>June 11, 2026</u>          By:     <u>/s/Allison M Geving</u>

                               Name:   <u>Allison M Geving</u>

                               Title:   <u>President</u>