Certificate Number: 05781-PAW-DE-041084434

Bankruptcy Case Number: 26-70009



05781-PAW-DE-041084434

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2026, at 1:30 o'clock PM PDT, Michael Soyster completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 11, 2026                      By:      /s/Allison M Geving

                                           Name:   Allison M Geving

                                           Title:   President