## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>MICHAEL J. SOYSTER<br>xxx-xx-1226<br>NICOLE S. SOYSTER<br>xxx-xx-5632<br><br><br>Wilmington Savings Fund Society, FSB, as Owner<br>Trustee of the Residential Credit Opportunities<br>Trust IX-C<br><br>     Movant,<br><br>v.<br><br>MICHAEL AND NICOLE SOYSTER<br><br>     Debtors,<br><br>And<br><br>LISA M. SWOPE<br>     Trustee<br><br>     Respondents. | :CHAPTER 7<br><br>:CASE NO. 26-70009-JAD<br><br><br><br><br>Related to Doc. #36<br><br><br><br><br><br><br>**DEFAULT O/E JAD** |

**ORDER GRANTING MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST IX-C FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS 362 CHANDELLE DRIVE, MARTINSBURG, PENNSYLVANIA 16662**

This cause came on for hearing this 16th day of June, 2026, in said District, upon the Motion of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-C's relief from the automatic stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-C, Movant herein, is a creditor of the estate by virtue

of a certain recorded mortgage for the property commonly known as 362 CHANDELLE DRIVE, MARTINSBURG, PENNSYLVANIA 16662; that the Movant has not been adequately protected; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the automatic stay of Bankruptcy Code section 362(a) is vacated under 11 U.S.C. Section 362(d)(1) and/or (2) to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the above-referenced property.

sjk

Honorable Jeffery A. Deller
United States Bankruptcy Judge
Western District of Pennsylvania

FILED
6/11/26 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-70009-JAD

Michael J. Soyster                                                                    Chapter 7

Nicole S. Soyster

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael J. Soyster, Nicole S. Soyster, 362 Chandelle Drive, Martinsburg, PA 16662-7649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Emmanuel J. Argentieri | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-C bk@rgalegal.com |
| Lawrence Willis | |
| | on behalf of Joint Debtor Nicole S. Soyster ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | |
| | on behalf of Debtor Michael J. Soyster ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lisa M. Swope, Chapter 7 Trustee | |
| | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |

District/off: 0315-7                          User: auto                                    Page 2 of 2
Date Rcvd: Jun 11, 2026                       Form ID: pdf900                               Total Noticed: 1

Matthew Fissel
       on behalf of Creditor Residential Credit Opportunities Trust IX-C bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov


TOTAL: 6