# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–7 | User: auto | Date Created: 7/15/2026 |
| Case: 26–70009–JAD | Form ID: 318 | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Residential Credit Opportunities Trust IX–C
cr        Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX–C

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
aty      Emmanuel J. Argentieri     bk@rgalegal.com
aty      Lawrence Willis     ecf@westernpabankruptcy.com
aty      Matthew Fissel     bkgroup@kmllawgroup.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Michael J. Soyster    362 Chandelle Drive    Martinsburg, PA 16662
jdb     Nicole S. Soyster    362 Chandelle Drive    Martinsburg, PA 16662
tr      Lisa M. Swope, Chapter 7 Trustee    Neugebauer & Swope, P.C.    219 South Center Street    P. O. Box 270    Ebensburg, PA 15931
smg    Pennsylvania Department of Revenue    Bankruptcy Division    P.O. Box 280946    Harrisburg, PA 17128–0946
smg    Pennsylvania Dept. of Revenue    Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128–0946
16626657    Capital One    AttN: Bankruptcy    Po Box 30285    Salt Lake City, UT 84130
16637001    Capital One    AttN: Bankruptcy    Po Box 30285    Salt Lake City, UT 84130
16628141    Capital One N.A.    by AIS InfoSource LP as agent    PO Box 71083    Charlotte, NC 28272–1083
16626658    Chase Card Services    Attn: Bankruptcy    Po Box 15299    Wilmington, DE 19850
16637002    Chase Card Services    Attn: Bankruptcy    Po Box 15299    Wilmington, DE 19850
16626659    KML Law    701 Market St #5000    Philadelphia, PA 19106
16637003    KML Law    701 Market St #5000    Philadelphia, PA 19106
16626660    Mohela    Attn: Bankruptcy    633 Spirit Dr    Chesterfield, MO 63005
16637004    Mohela    Attn: Bankruptcy    633 Spirit Dr    Chesterfield, MO 63005
16626661    Select Portfolio Servicing, Inc    Attn: Bankruptcy    Po Box 65250    Salt Lake City, UT 84165
16637005    Select Portfolio Servicing, Inc    Attn: Bankruptcy    Po Box 65250    Salt Lake City, UT 84165
16637006    UPMC    PO Box 371472    Pittsburgh, PA 15250
16649507    UPMC PHYSICIAN SERVICES    PO BOX 1123    MINNEAPOLIS, MN 55440
16636952    US Department of Education    P O Box 16448    St Paul, MN 55116–0448
16626662    USAA Federal Savings Bank    Attn: Bankruptcy    9800 Fredericksburg Road    San Antonio, TX 78288
16637007    USAA Federal Savings Bank    Attn: Bankruptcy    9800 Fredericksburg Road    San Antonio, TX 78288
16630656    USAA Federal Savings Bank    Robertson, Anschutz, Schneid, Crane &    Partners, PLLC    13010 Morris Road, Suite 450    Alpharetta, GA 30004

TOTAL: 22